| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    APOLONIA RIVERA |

Order Filed on August 29, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  25-15418

Hearing Date:  08/28/2025

Judge:  JOHN K. SHERWOOD

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: August 29, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): APOLONIA RIVERA

Case No.: 25-15418JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 08/28/2025 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 8/28/2025 of the plan filed on 05/21/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/11/2025 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.