| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>AmWest Funding Corporation | Order Filed on September 16, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Apolonia Rivera,<br><br>Debtor. | Case No.: 25-15418 JKS<br><br>Judge: John K. Sherwood |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

DATED: September 16, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, AmWest Funding Corporation, holder of a mortgage on real property located at 21 Chestnut Ridge Road, Saddle River, NJ, 07458, Denise Carlon appearing, by way of an application for entry of a consent order allowing a late proof of claim, and with the consent of Paul Evangelista, Esquire, attorney for Debtor, and for good cause having been shown;

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:    Dated:  09/08/2025

*/s/ Denise Carlon, Esq.*

DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:    Dated:  09/08/2025

*/s/ Paul Evangelista, Esq.*

PAUL EVANGELISTA, ESQ., ATTORNEY FOR DEBTOR