Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−15418−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Apolonia Rivera
   21 Chestnut Ridge Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2323

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       12/11/25
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$10,806.50

EXPENSES
$573.20

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 29, 2025
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15418-JKS |
| Apolonia Rivera | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 29, 2025 | Form ID: 137 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Apolonia Rivera, 21 Chestnut Ridge Road, Saddle River, NJ 07458-3310 |
| 520661262 | + | Amwest Funding Corp, 6 Pointe Drive, Suite 300, Brea, CA 92821-6323 |
| 520661278 | + | Nordstrom Card Services/TD Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 520661280 | + | Simon's Agency, Inc., 2806 Court Street, Suite 3, Syracuse, NY 13208-3248 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 29 2025 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 29 2025 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Oct 29 2025 21:05:31 | Toyota Motor Credit Corporation c/o BECKET & LEE L, P.O. Box 3001 Dept., Malvern, PA 19355-0701 |
| 520661260 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 29 2025 20:58:00 | American Honda Finance, 1235 Old Alpharetta Road South, Alpharetta, GA 30005 |
| 520667207 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 29 2025 20:58:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520661258 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 29 2025 21:04:59 | Affirm Inc., 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 520693315 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2025 21:05:12 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520661259 | | Email/PDF: bncnotices@becket-lee.com | Oct 29 2025 21:05:10 | American Express, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 520712722 | | Email/PDF: bncnotices@becket-lee.com | Oct 29 2025 21:04:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520661261 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 21:05:38 | Amex/Citibank N.A., 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520661263 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 29 2025 20:58:00 | Apple Card/Goldman Sachs Bank USA, Lockbox 6112 Po Box 7247, Philadelphia, PA 19170-0001 |
| 520661264 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 29 2025 20:58:00 | Barclays Bank Delaware, 1007 N Orange St, Wilmington, DE 19801-1239 |
| 520664937 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 29 2025 20:58:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |

Case 25-15418-JKS    Doc 35    Filed 10/31/25    Entered 11/01/25 00:13:43    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: 137 | Total Noticed: 55 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520661269 | | Email/Text: correspondence@credit-control.com | Oct 29 2025 20:58:00 | Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 520661270 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 29 2025 20:58:00 | Credit Corp Solutions, 121 W Election Rd Ste 200, Draper, UT 84020 |
| 520661265 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 21:04:51 | Capital One Financial Corp., 11013 W Broad Street, Glen Allen, VA 23060-6017 |
| 520667402 | | Email/Text: mrdiscen@discover.com | Oct 29 2025 20:58:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520661266 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 21:16:10 | Citi Cards/Citibank, N.A., Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520727117 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 21:16:02 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520661267 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 21:16:08 | Citibank, N.A., 388 Greenwich Street, New York, NY 10013-2362 |
| 520661268 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 29 2025 20:58:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 520661271 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 29 2025 21:05:11 | Credit One Bank, Pob 98872, Las Vegas, NV 89193-8872 |
| 520661272 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 29 2025 21:05:15 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 520661273 | | Email/Text: mrdiscen@discover.com | Oct 29 2025 20:58:00 | Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 520661274 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2025 20:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520661275 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2025 20:58:00 | Jefferson Capital Systems LLC, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 520749276 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2025 20:58:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520725326 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2025 21:05:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520661276 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2025 20:58:00 | Midland Credit Management Inc, 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |
| 520749847 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2025 20:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520750249 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2025 20:58:00 | Nordstrom, Inc, Jefferson Capital Systems LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 520755860 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2025 21:05:15 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520723152 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2025 20:58:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520678366 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2025 20:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520754843 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2025 20:58:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520661281 | | Email/Text: bankruptcy@springoakscapital.com | Oct 29 2025 20:58:00 | Spring Oaks Capital, 1400 Crossways Boulevard, Suite 1, Chesapeake, VA 23320 |
| 520697764 | | Email/Text: bankruptcy@springoakscapital.com | Oct 29 2025 20:58:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | CHESAPEAKE, VA 23327-1216 |
| 520661282 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Oct 29 2025 20:58:00 | | State of New Jersey, Division of Taxation, Compliance and Enforcement Bankruptcy Un, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520753385 | | Email/Text: bankruptcy@bbandt.com Oct 29 2025 20:58:00 | | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520757983 | + | Email/PDF: ebn_ais@aisinfo.com Oct 29 2025 21:04:59 | | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520661283 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 29 2025 21:16:11 | | Synchrony Bank/Home Design HVAC, Po Box 965036, Orlando, FL 32896-5036 |
| 520661284 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 29 2025 21:05:25 | | Synchrony Bank/Home Design HVAC, 950 Forrer Blvd., Kettering, OH 45420-1469 |
| 520661285 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 29 2025 21:05:37 | | Synchrony Bank/PayPal Credit, Po Box 530975, Orlando, FL 32896-0001 |
| 520752729 | | Email/Text: bankruptcy@mtabt.org Oct 29 2025 20:58:00 | | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520661286 | + | Email/Text: Bankruptcy@teachersfcu.org Oct 29 2025 20:58:00 | | Teachers Federal Credit Union, 2410 N Ocean Avenue, Farmingville, NY 11738-2916 |
| 520697536 | + | Email/Text: Bankruptcy@teachersfcu.org Oct 29 2025 20:58:00 | | Teachers Federal Credit Union, P.O. Box 9005, Smithtown, New York 11787-9005 |
| 520661287 | + | Email/Text: ClericalSupport@tenagliahunt.com Oct 29 2025 20:58:00 | | Tenaglia & Hunt, P.A., 395 West Passaic Street, Ste 205, Rochelle Park, NJ 07662-3016 |
| 520669723 | | Email/PDF: bncnotices@becket-lee.com Oct 29 2025 21:04:59 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520661288 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Oct 29 2025 20:58:00 | | Toyota Motor Credit Corporation, 1500 W Park Drive, Westborough, MA 01581-3936 |
| 520661289 | + | Email/Text: ymfus_bankruptcy@yamaha-motor.com Oct 29 2025 20:58:00 | | Yamaha Motor Corporation USA, 6555 Katella Avenue, Cypress, CA 90630-5101 |
| 520759082 | + | Email/Text: ymfus_bankruptcy@yamaha-motor.com Oct 29 2025 20:58:00 | | Yamaha Motor Finance Corp USA, P.O. Box 2429, Cypress, CA 90630-1929 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520803290 | *+ | AmWest Funding Corp, 6 Pointe Dr. Ste 300, Brea, CA 92821-6323 |
| 520712723 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520712724 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520712725 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520724295 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520661277 | *+ | Midland Credit Management Inc., 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |
| 520661279 | ##+ | Sheffield Financial, 150 S Stratford Road, Winston Salem, NC 27104-4227 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 29, 2025 | Form ID: 137 | Total Noticed: 55 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:**

**Name**            **Email Address**

David L. Stevens

on behalf of Debtor Apolonia Rivera dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon

Denise E. Carlon

on behalf of Creditor AmWest Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Lauren Rebecca Jacoby

on behalf of Creditor Toyota Motor Credit Corporation c/o BECKET & LEE LLP lrjacoby@hootenandjacobylaw.com

Marie-Ann Greenberg

magecf@magtrustee.com

Paul Evangelista

on behalf of Debtor Apolonia Rivera pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;nrincon@scura.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6