UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
David L. Stevens, Esq.
Counsel for Debtor

Order Filed on December 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Apolonia Rivera,

            Debtor.

Case No.: 25-15418

Hearing Date: 12/11/2025

Judge: John K. Sherwood

Chapter: 13

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 17, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. ___], and no objections having been raised, it is:

**ORDERED** that  SWHS&C, LLP , the applicant, is allowed a fee of $ 10,806.50  for services rendered and expenses in the amount of $ 573.20  for a total of $ 11,379.70 . The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $ 11,379.70  less retainer of $ 2,838.00  equals: $ 8,541.70  (amount to be paid through the plan).

☐ Chapter 13 Plan payments will change.

- Current Plan payments are: $_____ for ____ months.
- Beginning _____, Plan payments will increase to $_____ for ____ months.

☒ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

*rev.9 30/2024*

2