SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:   APOLONIA RIVERA
      21 CHESTNUT RIDGE ROAD
      SADDLE RIVER,  NJ  07458

Atty:   SCURA WIGFIELD HEYER & STEVENS, LLP
        1599 HAMBURG TURNPIKE
        WAYNE, NJ  07470

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 25-15418

### RECEIPTS AS OF 01/15/2026  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/10/2025 | $3,500.00 | | 07/11/2025 | $3,500.00 | |
| 08/15/2025 | $3,500.00 | | 10/10/2025 | $3,500.00 | |
| 12/26/2025 | $3,500.00 | | 01/02/2026 | $3,500.00 | |

**Total Receipts: $21,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $21,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026  (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMWEST FUNDING CORP | | | | | | | |
| | 11/17/2025 | $4,616.85 | 953,179 | | 01/12/2026 | $6,431.70 | 956,007 |
| SHEFFIELD FINANCIAL | | | | | | | |
| | 11/17/2025 | $106.45 | 953,726 | | 01/12/2026 | $148.30 | 956,542 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,155.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 8,541.70 | 100.00% | 8,541.70 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,719.15 | 100.00% | 0.00 | 2,719.15 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,505.20 | 100.00% | 0.00 | 3,505.20 |
| 0003 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 6,478.28 | 100.00% | 0.00 | 6,478.28 |
| 0005 | AMWEST FUNDING CORP | (NEW) Prepetition / | 244,313.43 | 100.00% | 11,048.55 | 233,264.88 |
| 0006 | APPLE CARD/GOLDMAN SACHS BANK U | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,178.55 | 100.00% | 0.00 | 3,178.55 |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,949.92 | 100.00% | 0.00 | 1,949.92 |
| 0009 | RESURGENT CAPITAL SERVICES | UNSECURED | 4,935.20 | 100.00% | 0.00 | 4,935.20 |
| 0010 | CITIBANK NA | UNSECURED | 6,708.79 | 100.00% | 0.00 | 6,708.79 |
| 0011 | CITIZENS BANK | UNSECURED | 1,562.85 | 100.00% | 0.00 | 1,562.85 |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 7,200.69 | 100.00% | 0.00 | 7,200.69 |

**Chapter 13 Case # 25-15418**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0014 | RESURGENT CAPITAL SERVICES | UNSECURED | 957.04 | 100.00% | 0.00 | 957.04 |
| 0015 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,841.35 | 100.00% | 0.00 | 1,841.35 |
| 0016 | CAPITAL ONE NA | UNSECURED | 13,822.92 | 100.00% | 0.00 | 13,822.92 |
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 9,392.62 | 100.00% | 0.00 | 9,392.62 |
| 0018 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 5,622.71 | 100.00% | 0.00 | 5,622.71 |
| 0019 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | MIDLAND CREDIT MANAGEMENT INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 17,317.60 | 100.00% | 0.00 | 17,317.60 |
| 0022 | SHEFFIELD FINANCIAL | SECURED | 5,633.36 | 100.00% | 254.75 | 5,378.61 |
| 0023 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | SPRING OAKS CAPITAL SPV, LLC | UNSECURED | 780.91 | 100.00% | 0.00 | 780.91 |
| 0025 | STATE OF NJ | PRIORITY | 1,239.94 | 100.00% | 0.00 | 1,239.94 |
| 0026 | SYNCHRONY BANK | UNSECURED | 15,713.16 | 100.00% | 0.00 | 15,713.16 |
| 0027 | SYNCHRONY BANK | UNSECURED | 11,263.29 | 100.00% | 0.00 | 11,263.29 |
| 0028 | SYNCHRONY BANK | UNSECURED | 10,597.39 | 100.00% | 0.00 | 10,597.39 |
| 0029 | TEACHERS FEDERAL CREDIT UNION | UNSECURED | 42,422.72 | 100.00% | 0.00 | 42,422.72 |
| 0031 | TOYOTA MOTOR CREDIT CORPORATION | UNSECURED | 2,358.79 | 100.00% | 0.00 | 2,358.79 |
| 0033 | YAMAHA MOTOR CORPORATION USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,252.15 | 100.00% | 0.00 | 1,252.15 |
| 0036 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,206.07 | 100.00% | 0.00 | 3,206.07 |
| 0037 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,611.26 | 100.00% | 0.00 | 2,611.26 |
| 0038 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,204.68 | 100.00% | 0.00 | 1,204.68 |
| 0039 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 63.79 | 100.00% | 0.00 | 63.79 |
| 0040 | QUANTUM3 GROUP LLC | UNSECURED | 3,859.72 | 100.00% | 0.00 | 3,859.72 |
| 0041 | STATE OF NJ | UNSECURED | 1,433.49 | 100.00% | 0.00 | 1,433.49 |
| 0042 | UNITED STATES TREASURY/IRS | UNSECURED | 170.87 | 100.00% | 0.00 | 170.87 |
| 0043 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,710.78 | 100.00% | 0.00 | 1,710.78 |
| 0044 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,580.20 | 100.00% | 0.00 | 2,580.20 |
| 0045 | TRIBOROUGH BRIDGE AND TUNNEL AUT | UNSECURED | 45,996.91 | 100.00% | 0.00 | 45,996.91 |
| 0046 | QUANTUM3 GROUP LLC | UNSECURED | 19,694.93 | 100.00% | 0.00 | 19,694.93 |
| 0047 | YAMAHA MOTOR FINANCE CORP. | UNSECURED | 2,090.46 | 100.00% | 0.00 | 2,090.46 |

**Total Paid:  $21,000.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $21,000.00          -     Paid to Claims: $11,303.30     -     Admin Costs Paid: $9,696.70   =   Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.