| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>     APOLONIA RIVERA |

Order Filed on January 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  25-15418 JKS

Hearing Date:  1/22/2026

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 23, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): APOLONIA RIVERA

Case No.: 25-15418

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/22/2026 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $7,000.00 to the Trustee's office by 2/2/2026 to be current with Trustee payments through January or the case will be dismissed upon certification of the Standing Trustee with 14 days' notice to Debtor(s) and Debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.