Case 25-15418-JKS  Doc 50  Filed 05/15/26  Entered 05/15/26 12:04:42  Desc Main
Document  Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

 APOLONIA RIVERA

**Order Filed on May 15, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  25-15418 JKS**

**Hearing Date:  5/14/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

 The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 15, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  APOLONIA RIVERA

Case No.:  25-15418

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 05/14/2026 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) must pay $7,000.00 by 5/29/2026 to be current with Trustee payments

  through May or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to

  Debtor(s) and Debtor's attorney.