**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

APOLONIA RIVERA

**Order Filed on May 15, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  25-15418 JKS**

**Hearing Date:  5/14/2026**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 15, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  APOLONIA RIVERA

Case No.:  25-15418

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 05/14/2026 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) must pay $7,000.00 by 5/29/2026 to be current with Trustee payments

   through May or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to

   Debtor(s) and Debtor's attorney.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-15418-JKS

Apolonia Rivera                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2026:**

**Recip ID                    Recipient Name and Address**
db                          +  Apolonia Rivera, 21 Chestnut Ridge Road, Saddle River, NJ 07458-3310

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2026                              Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2026 at the address(es) listed below:**

**Name                             Email Address**

David L. Stevens

    on behalf of Debtor Apolonia Rivera dstevens@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com

Lauren Rebecca Jacoby

    on behalf of Creditor Toyota Motor Credit Corporation c/o BECKET & LEE LLP lrjacoby@hootenandjacobylaw.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Matthew K. Fissel

    on behalf of Creditor AmWest Funding Corporation bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Paul Evangelista

    on behalf of Debtor Apolonia Rivera pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amohamed@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 15, 2026                       Form ID: pdf903                              Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6