**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN 38101-0520

June 18, 2026

**Re: Standing Trustee's Notice of Distribution**
**Case No: 25-15418**

On October 24, 2025 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 18, 2026

**Chapter 13 Case # 25-15418**

Atty: SCURA WIGFIELD HEYER & STEVEI

Re: APOLONIA RIVERA
21 CHESTNUT RIDGE ROAD
SADDLE RIVER, NJ 07458

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/10/2025 | $3,500.00 | | 07/11/2025 | $3,500.00 | |
| 08/15/2025 | $3,500.00 | | 10/10/2025 | $3,500.00 | |
| 12/26/2025 | $3,500.00 | | 01/02/2026 | $3,500.00 | |
| 02/10/2026 | $3,500.00 | 4494631 | 02/10/2026 | $3,500.00 | 4494632 |
| 04/08/2026 | $3,500.00 | | 04/21/2026 | $3,500.00 | 4494561 |
| 05/26/2026 | $3,500.00 | | 06/08/2026 | $3,500.00 | |

**Total Receipts: $42,000.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $42,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,415.00 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 8,541.70 | 100.00% | 8,541.70 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,719.15 | 100.00% | 0.00 | 2,719.15 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,505.20 | 100.00% | 0.00 | 3,505.20 |
| 0003 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 6,478.28 | 100.00% | 0.00 | 6,478.28 |
| 0005 | AMWEST FUNDING CORP | (NEW) Prepetition A | 244,313.43 | 100.00% | 30,343.65 | 213,969.78 |
| 0006 | APPLE CARD/GOLDMAN SACHS BANK U | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,178.55 | 100.00% | 0.00 | 3,178.55 |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,949.92 | 100.00% | 0.00 | 1,949.92 |
| 0009 | RESURGENT CAPITAL SERVICES | UNSECURED | 4,935.20 | 100.00% | 0.00 | 4,935.20 |
| 0010 | CITIBANK NA | UNSECURED | 6,708.79 | 100.00% | 0.00 | 6,708.79 |
| 0011 | CITIZENS BANK | UNSECURED | 1,562.85 | 100.00% | 0.00 | 1,562.85 |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 7,200.69 | 100.00% | 0.00 | 7,200.69 |
| 0014 | RESURGENT CAPITAL SERVICES | UNSECURED | 957.04 | 100.00% | 0.00 | 957.04 |
| 0015 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,841.35 | 100.00% | 0.00 | 1,841.35 |
| 0016 | CAPITAL ONE NA | UNSECURED | 13,822.92 | 100.00% | 0.00 | 13,822.92 |
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 9,392.62 | 100.00% | 0.00 | 9,392.62 |
| 0018 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 5,622.71 | 100.00% | 0.00 | 5,622.71 |
| 0019 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0020 | MIDLAND CREDIT MANAGEMENT INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 17,317.60 | 100.00% | 0.00 | 17,317.60 |
| 0022 | SHEFFIELD FINANCIAL | SECURED | 5,633.36 | 100.00% | 699.65 | 4,933.71 |
| 0023 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | SPRING OAKS CAPITAL SPV, LLC | UNSECURED | 780.91 | 100.00% | 0.00 | 780.91 |
| 0025 | STATE OF NJ | PRIORITY | 1,239.94 | 100.00% | 0.00 | 1,239.94 |
| 0026 | SYNCHRONY BANK | UNSECURED | 15,713.16 | 100.00% | 0.00 | 15,713.16 |
| 0027 | SYNCHRONY BANK | UNSECURED | 11,263.29 | 100.00% | 0.00 | 11,263.29 |
| 0028 | SYNCHRONY BANK | UNSECURED | 10,597.39 | 100.00% | 0.00 | 10,597.39 |
| 0029 | TEACHERS FEDERAL CREDIT UNION | UNSECURED | 42,422.72 | 100.00% | 0.00 | 42,422.72 |
| 0031 | TOYOTA MOTOR CREDIT CORPORATION | UNSECURED | 2,358.79 | 100.00% | 0.00 | 2,358.79 |
| 0033 | YAMAHA MOTOR CORPORATION USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,252.15 | 100.00% | 0.00 | 1,252.15 |
| 0036 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,206.07 | 100.00% | 0.00 | 3,206.07 |
| 0037 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,611.26 | 100.00% | 0.00 | 2,611.26 |
| 0038 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,204.68 | 100.00% | 0.00 | 1,204.68 |
| 0039 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 63.79 | 100.00% | 0.00 | 63.79 |
| 0040 | QUANTUM3 GROUP LLC | UNSECURED | 3,859.72 | 100.00% | 0.00 | 3,859.72 |
| 0041 | STATE OF NJ | UNSECURED | 1,433.49 | 100.00% | 0.00 | 1,433.49 |
| 0042 | UNITED STATES TREASURY/IRS | UNSECURED | 93.28 | 100.00% | 0.00 | 93.28 |
| 0043 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,710.78 | 100.00% | 0.00 | 1,710.78 |
| 0044 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,580.20 | 100.00% | 0.00 | 2,580.20 |
| 0045 | TRIBOROUGH BRIDGE AND TUNNEL AUT | UNSECURED | 45,996.91 | 100.00% | 0.00 | 45,996.91 |
| 0046 | QUANTUM3 GROUP LLC | UNSECURED | 19,694.93 | 100.00% | 0.00 | 19,694.93 |
| 0047 | YAMAHA MOTOR FINANCE CORP. | UNSECURED | 2,090.46 | 100.00% | 0.00 | 2,090.46 |

**Total Paid: $42,000.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMWEST FUNDING CORP | | | | | | |
| | 11/17/2025 | $4,616.85 | 953179 | 01/12/2026 | $6,431.70 | 956007 |
| | 03/03/2026 | ($4,616.85) | 953179 | 03/16/2026 | $11,048.55 | 958825 |
| | 04/13/2026 | $3,215.85 | 960425 | 05/04/2026 | ($6,431.70) | 956007 |
| | 05/18/2026 | $9,647.55 | 961890 | 06/15/2026 | $6,431.70 | 963409 |
| SHEFFIELD FINANCIAL | | | | | | |
| | 11/17/2025 | $106.45 | 953726 | 01/12/2026 | $148.30 | 956542 |
| | 03/16/2026 | $148.30 | 959394 | 04/13/2026 | $74.15 | 960963 |
| | 05/18/2026 | $74.15 | 962466 | 06/15/2026 | $148.30 | 963959 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: June 18, 2026.

Receipts: $42,000.00 - Paid to Claims: $31,043.30 - Admin Costs Paid: $10,956.70 = Funds on Hand: $0.00

Unpaid Balance to Claims: $476,270.28 + Unpaid Trustee Comp: $30,400.23 = Total Unpaid Balance: **$506,670.51

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.